Filed 06/10/09 Case 08-90365 Doc 685

FILED
June 10, 2009
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0001885827

FTI CONSULTING, INC
ROCKY HO
Senior Managing Director
One Front Street, Suite 1600
San Francisco, California 94111-4106
Telephone: 415-283-4233
Facsimile: 415-283-4277
Email: rocky.ho@fticonsulting.com

Financial Advisors for DIABLO GRANDE LIMITED PARTNERSHIP, a California limited partnership.

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

MODESTO DIVISION

| | |
|---|---|
| In re<br>DIABLO GRANDE LIMITED PARTNERSHIP, a California limited partnership,<br><br>        Debtor.<br><br>Tax ID: 13-355-6151 | Case No.: 08-90365<br>DC No.: SMR-27<br><br>Chapter 11<br><br>**DECLARATION OF ROCKY HO IN SUPPORT OF THE FOURTH INTERIM AND FINAL APPLICATION OF FTI CONSULTING, INC FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES INCURRED AS FINANCIAL ADVISOR TO THE DEBTOR**<br><br>Date: July 8, 2009<br>Time: 10:30 a.m.<br>Place: United States Bankruptcy Court<br>        1200 I Street, Suite 4<br>        Modesto, CA<br>Judge: Hon. Robert S. Bardwil |

**I, Rocky Ho, declare and state as follows:**

1. The following facts are personally known to me, and if called to do so, I could and would competently testify thereto.

2. I am a Senior Managing Director in the consulting firm of FTI Consulting, Inc; am personally familiar with and have read the above application and the facts therein are true to my knowledge and belief, and am authorized to make this declaration in support of its *Fourth Interim and Final Application of FTI Consulting, Inc. for Allowance of Compensation and Reimbursement of Expenses Incurred as Financial Advisor to the Debtor.*

3. The Applicant does not charge for local or long distance telephone calls placed by its professional from its offices. The Applicant only bills its clients for the actual costs charged to the Applicant by teleconferencing services in the event that a multiple party teleconference is initiated through the Applicant.

4. No agreement or understanding was made or exists between the Applicant and any other person for any compensation which may be awarded to the Applicant herein.

5. To the best of my knowledge, information, and belief, the compensation and expense reimbursement sought herein is in conformity with the Guidelines for Compensation and Expense Reimbursement of Professionals and Trustees for the United States Bankruptcy Court for the Eastern District of California ("The Guidelines"), except to the extent that certain of the monthly billings are for amounts in excess of $5,000 per category. Because those categories involve substantially similar issues, however, the Applicant has not attempted to break them into subcategories.

6. The compensation and expenses sought herein were billed at rates no less favorable than those customarily billed by Applicant and generally accepted by the Applicant's clients.

7. I have personally reviewed the bills in this matter, and the bills represent true and correct charges to the best of my knowledge, information and belief.

///

///

///

1  Executed under penalty of perjury under the laws of the United States of America.
2  Executed this 10th day of June, 2009 at San Francisco, California.

                                                                _____
                                                                Rocky Ho
                                                                Senior Managing Director
                                                                FTI Consulting, Inc.